## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR31** |
| vs. | ) | |
| | ) | **ORDER** |
| **EZEQUIEL JACINTO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Carlos A. Monzón for leave to withdraw as counsel for the defendant [42]. The record shows that David R. Stickman has entered his appearance as substitute counsel.

**IT THEREFORE IS ORDERED** that the Motion to Withdraw [42] is granted. The Clerk shall terminate the appearance of Carlos A. Monzón as defense counsel and the record shall reflect that David R. Stickman will represent the defendant in this matter.

**DATED September 1, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**